U.S. Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN YOUNG, | ) |
| | ) NO. C09-5167 RJB/JRC |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER FOR EXTENSION OF TIME TO |
| MICHAEL J. ASTRUE, | ) FILE PLAINTIFF'S OPENING BRIEF |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby, ORDERED that Plaintiff's Opening Brief shall be filed on or before August 21, 2009, Defendant's Response brief is due September 18, 2009, and Plaintiff's Reply Brief is due October 2, 2009. Any request for oral argument is to be made by October 9, 2009.

DATED this 9th day of July, 2009.

_J. Richard Creatura_
J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME TO FILE
PLAINTIFF'S BRIEF- [C09-5167 RJB/JRC] - 1