U.S. Magistrate Judge J. Richard Creatura

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8  STEVEN YOUNG,                    )
                                    )    CIVIL NO.  C09-5167 JRC RJB
9                                   )
                    Plaintiff,      )
10                                  )
                                    )
11 v.                               )
                                    )    ORDER FOR EXTENSION OF TIME TO
12 MICHAEL J. ASTRUE,               )    FILE PLAINTIFF'S OPENING BRIEF
   Commissioner of Social Security, )
13                                  )
                                    )
14                  Defendant.      )
   _____)

15         Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is

16 now, hereby, ORDERED that Plaintiff's Opening Brief shall be filed on or before September 18,

17 18, 2009, Defendant's Response brief is due October 16, 2009, and Plaintiff's Reply Brief is due

18 October 30, 2009.

19         DATED this 24th day of August, 2009.

20

21

22         _____
           J. Richard Creatura
23         United States Magistrate Judge

24

25

ORDER FOR EXTENSION OF TIME TO FILE
PLAINTIFF'S  BRIEF- [C09-5167 JRC RJB] - 1