# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEVEN YOUNG

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE

CASE NUMBER: C09-5167RJB-JRC

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

September 18, 2009                                      BRUCE RIFKIN
                                                                          Clerk

                                                            /s/ Jennie L. Patton
                                                              By, Deputy Clerk